THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE GOLDBERG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 483 of the Penal Law, and assault in the third degree, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD LOVE, Respondent.— Appeal by the People from a judgment of the County Court, Kings County, convicting defendant of the crime of attempted robbery, third degree, and sentencing him as a third felony offender. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH McINTOSH, True Name HUGH E. McINTOSH, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting defendant, on his plea of guilty, of a violation of section 1897 of the Penal Law. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRENE CARDINALE, Respondent, against STANLEY WINKLER, Appellant.— In a filiation proceeding, order of the Children's Court, Nassau County, adjudging appellant to be the father of the child born to respondent, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.